UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No._____–Civ–_____/_____

AZALEA CASTILLO,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.

_____/

## COMPLAINT

Plaintiff, AZALEA CASTILLO, sues Defendant, CARNIVAL CORPORATION, and alleges:

1. This is a slip-and-fall negligence case brought by a cruise-ship passenger against a cruise-ship company.

2. This case falls within the Court's maritime jurisdiction.

3. The passenger ticket that the Defendant sold the Plaintiff contains a forum-selection clause that says that actions such as this may be filed only in Miami in the United States District Court for the Southern District of Florida.

4. The Plaintiff has performed all conditions precedent to be performed by the Plaintiff or the conditions have occurred.

5. On or about August 17, 2018, the Plaintiff was a fare-paying passenger aboard *Carnival Sensation,* a cruise ship owned and operated by the Defendant.

6. At that time and place the Defendant owed the Plaintiff a duty of reasonable care under the circumstances.

7. At that time and place the Defendant breached its duty by causing or permitting

grease or some other slippery substance to be on the floor at or around the Guy's Burger Joint restaurant, so that the Plaintiff slipped and fell, and was injured.

8. The negligent condition was created by the Defendant, or was known to the Defendant or had existed for a sufficient length of time that the Defendant should have known of it, or the condition occurred with regularity and was therefore foreseeable.

9. In the alternative, the Defendant breached its duty of care by failing to implement reasonable procedures for inspecting passenger areas for hazards, or for cleaning the floors in its buffet areas, or for ensuring that the floors in its buffet areas are sufficiently slip resistant.

10. As a result, the Plaintiff suffered bodily injury and resulting pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and the Plaintiff will suffer the losses in the future.

Therefore, the Plaintiff demands judgment against the Defendant for more than $75,000, plus costs.

## REQUEST FOR JURY TRIAL

The Plaintiff demands a jury trial. As to those issues, if any, that are not triable by a jury, the Plaintiff respectfully requests a jury trial under Rule 39 of the Federal Rules of Civil Procedure.

Dated: January 24, 2019.

Respectfully submitted,
**s/David W. Singer**
David W. Singer (Florida Bar No. 306215)
E-mail: dsingeresq@aol.com;
pwalsh@1800askfree.com
David W. Singer & Assoc., PA
1011 South Federal Highway
Hollywood, FL 33020
Tel: (954) 920-1571
Fax: (954) 926-5746
Attorney for Plaintiff