UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CV-20335--KING

AZALEA CASTILLO,

       Plaintiff,

vs.

CARNIVAL CORPORATION,

       Defendant.

_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

On January 23, 2020, the parties amicably settled this personal-injury case, so they hereby stipulate to the dismissal of this case with prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (An order authorizing dismissal is not necessary because this case is not governed by any statute or rule requiring such an order: this is not a class action or an action related to an unincorporated association, so Rule 23 of the Federal Rules of Civil Procedure does not apply here, and a receiver has not been appointed, so Rule 66 does not apply either.)

Dated: January 23, 2020

Respectfully submitted,

| | |
|---|---|
| Peter G. Walsh (Fla. Bar No. 970417) | J. Michael Magee (Fla. Bar No. 739642) |
| pwalsh@1800askfree.com | mmagee@carnival.com |
| David W. Singer & Associates PA | Carnival Cruise Lines |
| 1011 South Federal Highway | 3655 NW 87 Avenue |
| Hollywood, FL 33020 | Miami, FL 33178-2428 |
| T: 954-920-1571 | T: 305-406-5937 |
| Attorneys for Plaintiff, Azalea Castillo | Attorneys for Defendant, Carnival Corp. |