UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-cv-20335-JLK

AZALEA CASTILLO,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Joint Stipulation of Dismissal with Prejudice (D.E. #12) filed January 23, 2020, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED WITH PREJUDICE.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The **Pretrial Conference** previously set for **April 3, 2020** and the **Trial** previously set for **June 15, 2020** are hereby CANCELED.

4. The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 24th day of January, 2020.

                                        JAMES LAWRENCE KING
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record